IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NORMAN HARVEY**, | ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| **GEORGE MILLER**; | ) |
| **DEBRAH L CARPENTER**; | )   3:22cv45 |
| **MELISA HAINSWORTH**; | )   **Electronic Filing** |
| **ROBERT SNYDER**; **DAVID PIECZK**; | ) |
| **COUNSELOR WHALEN**; | ) |
| **PAROLE SUPERVISOR MR. DORINZO**; | ) |
| **PAROLE AGENT MR. RECKNER**; | ) |
| **SARGEANT S. NOSE**; **GOOD**; and | ) |
| **JUDGE D. GREGORY GEARY**, | ) ) |
| Defendants. | ) |

## MEMORANDUM ORDER

This case is before the Court on [10] a Report and Recommendation ("R&R") that was filed by Magistrate Judge Kelly on October 12, 2022. The R&R recommends that this case be dismissed with prejudice as a result of plaintiff's failure to prosecute. This recommendation is based on plaintiff's failure to file a response to the court's order of May 18, 2022, directing plaintiff to correct certain filing and service deficiencies. As of this date plaintiff has failed to 1) file a response to correct the filing and service deficiencies, 2) file any other motion or submission for the court's consideration or 3) file objections to the R&R. Therefore, after *de novo* review of the record, the following order is entered:

AND NOW, this 18th day of January, 2023, IT IS ORDERED that this case is dismissed with prejudice for failure to prosecute. The October 12, 2022, Report and Recommendation of Magistrate Judge Kelly is adopted as the Opinion of the Court; and

  IT IS FURTHER ORDERED that the Clerk of Court shall mark this case closed.

                <u>s/David Stewart Cercone</u>
                David Stewart Cercone
                Senior United States District Judge

cc: Norman Harvey
   A693054 2075
   S. Avon Bellden Road
   Grafton, OH 44044

   (Via First Class Mail)

   The Honorable Maureen P. Kelly
   United States Magistrate Judge

   (*Via CM/ECF Electronic Mail*)

2